UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 07 B 21476
   ABRAHAM DIXON
   TONYA DIXON                                  CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
   SSN XXX-XX-9038     SSN XXX-XX-9022
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/15/07 and confirmed on 02/01/08.

2. The case was dismissed after confirmation, 01/09/2009.

3. The Debtor paid a total of $ 16400.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| HILTON RESORTS CORP | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 12726.58 | .00 | 12726.58 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BAXTER CREDIT UNION | UNSECURED | 375.83 | .00 | .00 |
| BAXTER CREDIT UNION | UNSECURED | 599.56 | .00 | .00 |
| BMG MUSIC | UNSECURED | NOT FILED | .00 | .00 |
| CADILLAC ACCOUNTS REC MG | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 708.90 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2085.39 | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 352.52 | .00 | .00 |
| FINGERHUT | UNSECURED | 223.04 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 503.02 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 473.56 | .00 | .00 |
| JERRY BANKER | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CADILLAC ACCOUNTS REC MG | UNSECURED | NOT FILED | .00 | .00 |
| PATIENT FIRST | UNSECURED | 467.00 | .00 | .00 |
| NATIONAL EDUCATION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL EDUCATION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 91347.96 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 883.76 | .00 | .00 |

```
B REAL LLC                    UNSECURED       820.00              .00          .00
ST XAVIER UNIVERSITY          UNSECURED      NOT FILED            .00          .00
WACHOVIA DEALER SERVICES      UNSECURED      NOT FILED            .00          .00
WELLS FARGO FINANCIAL         UNSECURED      NOT FILED            .00          .00
WELLS FARGO FINANCIAL         UNSECURED      NOT FILED            .00          .00
WACHOVIA DEALER SERVICES      UNSECURED      NOT FILED            .00          .00
INTERNAL REVENUE SERVICE      UNSECURED      4027.32              .00      2122.21
ILLINOIS STUDENT ASSIST       UNSECURED      9314.39              .00          .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED         OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00      12726.58    112182.25           .00    124908.83
PRINCIPAL PAID        .00      12726.58      2122.21           .00     14848.79
INTEREST PAID         .00           .00           .00          .00           .00
TOTAL PAID            .00      12726.58      2122.21           .00     14848.79
```

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $   3500.00
and was paid $   2900.00   direct and $    600.00   through the plan.

The Trustee received $    951.21 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 03/12/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 21476 ABRAHAM DIXON & TONYA DIXON